No. 656. THE CALIFORNIA DEVELOPMENT COMPANY, PETI-

TIONER, *v.* THE NEW LIVERPOOL SALT COMPANY. November 15, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Maxwell Evarts* and *Mr. Eugene S. Ives* for petitioner. *Mr. Charles Page, Mr. Edward J. McCutchen* and *Mr. Samuel Knight* for respondent.

